IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
Sulayman Jallow                                         Case No. 25-15334
    *Debtor*


Citibank, N.A., as Trustee, in trust for
registered Holders of WaMu Asset-Backed
Certificates WaMu Series 2007-HE2 Trust
    *Claimant*                                          Chapter 13

vs.

Sulayman Jallow
    *Debtor/Respondent*
_____

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE2 Trust (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2. On June 11, 2025, Sulayman Jallow (hereinafter "Debtor") filed a petition under Chapter 7 of the United States Bankruptcy Code. On August 1, 2025 the case was then converted to Chapter 13.

3. Prior to the petition filing date, the Debtor executed a promissory note ("Note") dated February 7, 2007 in the principal amount of $298,800.00 at the original interest rate of 6.500%. The obligations under the Note are secured by a deed of trust, encumbering real property owned

1

by the Debtor, improved by a residence known as **6910 Woodstream Turn Lanham, MD 20706** (hereinafter "Property").

4. Claimant is a secured creditor with respect to the subject Property.

5. The Plan fails to include treatment of Secured Creditor's claim and fails to list real property in plan. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

6. The debtor is current on payments and secured creditor will file a proof of claim before deadline October 10, 2025.

7. Claimant requests that this Court enter an Order Denying Confirmation of Chapter 13 Plan With Leave to Amend.

WHEREFORE, the Claimant and its assigns, pray that this Court:

1. Enter an order denying confirmation of the Chapter 13 Plan with leave to amend; or,

2. Grant such other and further relief as may be just and necessary.

                            Respectfully submitted,

                            */s/ Chetan Gopal, Esquire*
                            Chetan Gopal, Esquire
                            MD Fed. Bar No. # 2206140043
                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                            13010 Morris Road, Suite 450
                            Alpharetta, GA 30004
                            Phone: (470) 321-7112
                            Email: cgopal@raslg.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2025, the following persons were served a copy of the foregoing objection, in the manner described below:

*Via* CM/ECF Electronic Notice:

Marie Lott Pharaoh
Marie Lott Pharaoh, Attorney at Law
1101 River Road
Apt. 4
Greenwood, MS 39209
*Counsel for Debtor*

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

*Via* First Class Mail, Postage Prepaid:

Sulayman Jallow
6910 Woodstream Turn
Lanham, MD 20706
*Debtor*

    */s/ Chetan Gopal*
Chetan Gopal
cgopal@raslg.com

3